UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00058-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| TERRENCE CUNNINGHAM, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion for Compassionate Release (Doc. No. 60).

Defendant has previously filed two pro se Motions to Reduce Sentence, see (Docs. Nos. 56, 58), and the Court ordered the Government to respond, allowing a thirty-day period to do so. (Doc. No. 59).

The Government is hereby ORDERED to respond to Defendant's Motion for Compassionate Release (Doc. No. 60). The Government shall have **an additional thirty (30) days** to respond, thereby making the Response **due by June 22, 2020**.[1] The Government is instructed to file a single Response addressing Defendant's three motions pending before the Court.

IT IS SO ORDERED.

Signed: May 8, 2020

Frank D. Whitney
Chief United States District Judge

---

[1] The Court notes that the additional time period would expire on June 21, 2020, which falls on a Sunday. As required by Rule 45 of the Federal Rules of Criminal Procedure, the Response shall be due by the end of the next business day. See Fed. R. Crim. P. 45(a)(1)(C).

1