UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00058-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRENCE CUNNINGHAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence and Supplemental Motion to Reduce Sentence (Doc. Nos. 56, 58). Also before the Court is Defendant's pro se Motion for Compassionate Release (Doc. No. 60).

For the reasons stated in the Government's Response in Support (Doc. No. 63), Defendant's Motions to Reduce Sentence Pursuant to the First Step Act (Doc. Nos. 56, 58) are GRANTED, and his active term of imprisonment is reduced to time served plus ten (10) days. All other aspects of the sentence, including but not limited to supervised release, are to remain intact.

Because Defendant's motions (Doc. Nos. 56, 58) are granted, his Motion for Compassionate Release (Doc. No. 60) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: June 5, 2020

Frank D. Whitney
United States District Judge

1